IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE LEARNING TREE, INC., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NUMBER |
| v. | § § | 2:20-cv-00060-GMB |
| CITY OF HELENA, | § § | |
| Defendant. | § § | |

THE PARTIES JOINT STIPULATION
OF DISMISSAL

COME NOW the Parties to the above-styled cause and file this Joint Stipulation of Dismissal. In support thereof, the Parties show as follows:

1. On the 13th day of January 2020, the Plaintiff filed a Complaint with this Court to "to ensure the rights of persons with disabilities to fair and equitable housing, transportation, and quality of life as guaranteed by the Fair Housing Amendment Act of 1988 (FHAA) (42 U.S.C. § 3601, et seq.) and the Americans with Disabilities Act

Amendment Act, Title II, as amended in 2008 (effective 2009) (ADAAA) (42 U.S.C. § 12201).

2. Through successful negotiations by the Parties to this action, an acceptable Settlement Agreement was achieved and executed by representatives of both Parties.

PRAYER FOR RELIEF

WHEREFORE, the above premises considered, the Parties to this action pray unto this Honorable Court to grant the Parties' Joint Stipulation of Dismissal.

RESPECTFULLY SUBMITTED, on this the 19th day of May 2021.

/s/James D. Sears
JAMES D. SEARS   [SEARJ1750]

For the Plaintiff
Law Offices of Sears & Sears, PC
5809 Feldspar Way
Hoover AL 35244
(205) 588-0755; (866) 339-3682 Fax
jdsears@searslaw.net

/s/M. Jansen Voss
M. JANSEN VOSS   [VOSSM6815]

For the Defendant
CHRISTIAN & SMALL, LLP
505 North 20th Street, Suite 1800
Birmingham AL 35203-2696
(205) 250-6632; (205) 329-7234 Fax
mjvoss@csattorneys.com