UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE LEARNING TREE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:20-cv-60-GMB |
| CITY OF HELENA, | ) |
| Defendant. | ) |

## FINAL ORDER

On May 19, 2021, the parties to this action filed a Joint Stipulation of Dismissal that complies with Federal Rule of Civil Procedure 41. Doc. 19. Accordingly, this matter is DISMISSED WITH PREJUDICE, each party to bear its own costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

DONE and ORDERED on May 20, 2021.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE